**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Rex A. Hayes,**                                                                                 Civil No. 04-2907 (MJD/SRN)

    **Plaintiff,**

    v.                                                                                  **ORDER**

**Jo Anne B. Barnhart,**
**Commissioner of Social Security,**

    **Defendant.**

---

Edward C. Olson, Esq., on behalf of Plaintiff

Lonnie F. Bryan, Assistant United States Attorney, on behalf of Defendant

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated July 14, 2005. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

    **IT IS HEREBY ORDERED that**:

    1.    Plaintiff's Motion for Summary Judgment (Doc. No. 8) is **DENIED**;

    2.    Defendant's Motion for Summary Judgment (Doc. No. 15) is **GRANTED.**

DATED: August 10, 2005

                                                        s/ Michael J. Davis
                                                        MICHAEL J. DAVIS
                                                        United States District Court Judge